AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Israel Earl LEE<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-mj-662<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 15, 2025** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1)<br>18 USC 922(g)(9) | Knowingly Possess a Firearm by a Convicted Felon<br>Possession of a Firearm by a person convicted of misdemeanor domestic violence |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

THOMAS LIVINGSTON ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 24, 2025

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

**PROBABLE CAUSE AFFIDAVIT**
**ISRAEL EARL LEE**

I, Thomas Livingston, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2016. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since July, 2025. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Israel Earl LEE (hereinafter referred to as LEE) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §922(g)(1) and for knowing that he had been convicted of a misdemeanor crime of domestic violence, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §922(g)(9).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relate to this investigation but rather is provided for the limited purpose of establishing probable cause that LEE committed this offense.

4. On Saturday November 15, 2025, the Columbus Police received a 911 call from a distraught female who stated she had been the victim of a sexual assault that morning. Officers responded and made contact with the victim who is nine (9) months pregnant, being due in three (3) days. The victim stated she was at 140 N. Guilford Avenue when the suspect in this incident, known to her as "*Man Man*", arrived while armed with a black handgun with an extended magazine, which he held in his hand. The suspect has been positively identified as Israel Earl LEE, known by the street name "*Man Man*", verified in information under Columbus Police identification number 42876B.

5. LEE forced the victim to leave the residence and drive with him to 1438 Merrimac Avenue where LEE assaulted a male at that residence while armed with the handgun. LEE then forced the victim to accompany him to LEE's residence at 47 S. Princeton Avenue. LEE then attempted to force the victim to submit to oral intercourse in the detached garage at the rear of the residential property. LEE was still armed with the handgun in his hand during this assault. The victim indicated she is visibly pregnant and plead with LEE not to have intercourse because she was dirty and hadn't bathed recently.

6. LEE then forced the victim into the residence to a bathroom to take a shower, but when she attempted to delay, LEE struck her from behind on the side of the head causing pain in her right eardrum. LEE left the bathroom where he began assaulting another female (second victim) who was inside the residence. After showering, in an effort to get away, the victim claimed to be

**PROBABLE CAUSE AFFIDAVIT**
**ISRAEL EARL LEE**

having pregnancy complications to LEE, who believed her. LEE then forced the victim to leave the residence.

7. The second female victim was attacked by LEE where he struck her on the head with a section of wooden 2x4. The second victim fled the residence when LEE stated he was retrieving his handgun, and she called the police from 1438 Merrimac Avenue.

8. Columbus Police Detective Teresa Ricks #1546 with the Special Investigations Bureau was assigned the investigation and filed warrant with the Franklin County Municipal Clerk of Courts charging Israel Earl LEE with Kidnapping (F-1) under section 2905.01 (A)(4) and Attempt – Rape (F-2) under section 2923.02 (A), of the Ohio Revised Code.

9. Columbus Police Patrol Bureau supervisor Sergeant Cory Canter #5144 responded to the calls for service related to this incident, where he coordinated efforts with the investigators and established surveillance on the residence of 47 S. Princeton Avenue. Sergeant Canter observed a grey Dodge Journey leave the residence and he stopped the vehicle a short distance away. The vehicle was driven by LEE's wife, and she stated LEE was inside the residence. The officers surrounded the residence to prevent LEE's escape, and he surrendered by walking out of the residence a short time later and he was taken into custody.

10. Columbus Police Detective Mark Lovett #191 assigned to the Gang Investigation Unit completed a search warrant for 47 S Princeton Ave to search for evidence for the crimes of Kidnapping O.R.C. 2905.01 (A)(4), Attempt-Rape O.R.C. 2923.02(A), Having Weapons Under Disability O.R.C. 2923.13, and Participation in a Criminal Gang O.R.C. 2923.42. The search warrant was signed by Franklin County Municipal Court Judge Mark Hummer.

11. Columbus Police Crime Scene Search Unit (CSSU) responded to 47 S. Princeton Ave and began the search. CSSU Detectives located a Glock 22 .40 caliber handgun, serial number ACY560US, and a Smith and Wesson M&P Shield EZ, serial number NLL4378 from inside the residence.

12. On November 15, 2025, LEE was slated at the Franklin County Jail for (F1) Kidnapping, and (F2) Attempted Rape.

13. On November 17, 2025, ATF TFO Livingston and ATF Special Agent (SA) Cole Benner interviewed LEE at the Franklin County Corrections Center.

14. LEE was read his Constitutional Rights and agreed to speak with detectives. LEE admitted to having knowledge of, possessing, and handling the Smith and Wesson M&P Shield EZ handgun. LEE stated the Smith and Wesson M&P Shield EZ handgun was purchased by his wife in approximately January of 2025. LEE stated the firearm usually stays in he and his wife's shared bedroom. LEE stated he often moves and transports the firearm in and around his bedroom and house. LEE stated his DNA would be present on the firearm due to him manipulating the firearm on multiple occasions.

**PROBABLE CAUSE AFFIDAVIT**
**ISRAEL EARL LEE**

15. LEE denied knowledge of the Glock 22 handgun. When Detectives described the firearm to LEE, he stated the firearm may have belonged to his cousin, and his cousin must have left it inside LEE's residence without his knowledge.

16. LEE is prohibited from possession of a firearm based upon having been previously convicted of the following crimes punishable by a term of imprisonment exceeding one year and for having been previously convicted of misdemeanor domestic violence:

    a. Franklin County Ohio Municipal Court case number 2000 CRB 009175 for Domestic Violence O.R.C. 2919.25(A), a Misdemeanor of the 1st degree. November 6, 2000.

    b. Franklin County Ohio Municipal Court case number 2001 CRB 022746 for Domestic Violence O.R.C. 2919.25(A), a Misdemeanor of the 1st degree. October 4, 2001.

    c. Franklin County Ohio Municipal Court case number 2009 CRB 030891 for Domestic Violence O.R.C. 2919.25, a Misdemeanor of the 1st degree. February 24, 2010.

    d. Franklin County Ohio Court of Common Pleas case number 09 CR 006515 for Attempted Felonious Assault O.R.C. 2903.11, a Felony of the 3rd degree, and Domestic Violence O.R.C. 2919.25, a Felony of the 4th degree. May 14, 2010.

    e. Franklin County Ohio Court of Common Pleas case number 10 CR 002478 for two counts of Aggravated Assault O.R.C. 2903.12, a Felony of the 3rd degree. November 12, 2010.

    f. Franklin County Ohio Court of Common Pleas case number 14 CR 002987 for Possession of Drugs O.R.C. 2925.11, a Felony of the 2nd degree, Possession of Drugs O.R.C. 2925.11, a Felony of the 3rd degree, Weapons Under Disability O.R.C. 2923.13, a Felony of the 3rd degree. February 22, 2016.

    g. Delaware County Ohio Court of Common Pleas case number 23 CR 070357 for Attempted Burglary O.R.C. 2923.02, a Felony of the 3rd degree, and Menacing by Stalking O.R.C. 2903.211(A)(1), a Felony of the 4th degree. December 20, 2023.

17. Your Affiant confirmed with SA Cole Benner, ATF Interstate Nexus Expert, and SA Benner determined the Glock 22 handgun, serial number ACY560US, and the Smith and Wesson M&P Shield EZ handgun, serial number NLL4378 were not manufactured in the state of Ohio, thus having traveled in interstate commerce to be found in the State of Ohio.

18. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

19. Based on this information, your affiant believes probable cause exists that LEE, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, this is, a Glock 22 serial number ACY560US, and Smith and Wesson M&P Shield EX serial number NLL4378, and the firearms were in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**PROBABLE CAUSE AFFIDAVIT**
**ISRAEL EARL LEE**

20. Furthermore, based on this information, your affiant believes probable cause exists that LEE, knowing he had been previously convicted of a misdemeanor crime of domestic violence, knowingly possessed a firearm, this is, a Glock 22 serial number ACY560US, and Smith and Wesson M&P Shield EX serial number NLL4378, and the firearms were in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(9).

_____
ATF TFO Thomas Livingston

Sworn to and subscribed before me this day of __November 24, 2025__, at __1:50 pm__ Columbus, Ohio.

_____
Kimberly A. Jolson
United States Magistrate Judge